UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILENYIS YOCELINA GOMEZ CANDELO,<br><br>    Petitioner,<br><br>    v.<br><br>KRISTI NOEM et al.,<br><br>    Respondents. | CASE NO. 2:26-cv-00576-JNW<br><br>ORDER |

The Court finds that there are complex issues present in this case and that the appointment of counsel for Petitioner may be appropriate. On or before March 27, 2026, Petitioner must file a written notice indicating whether she requests to have an attorney appointed to represent her in this habeas proceeding.

Dated this 9th day of March, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 1